IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIDGET POWELL,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA, ET AL.,** | : | |
| *Defendants*. | : | **NO.   24-cv-817** |

### ORDER

**AND NOW**, this **22nd** day of **January 2025**, upon consideration of the Motion to Dismiss filed by the City of Philadelphia, Kimberly Ali and Cynthia Figueroa (ECF No. 28), Plaintiff Bridget Powell's Opposition to the Defendant's Motion to Dismiss (ECF No. 32), Defendant Sannah Crawford's Motion to Dismiss (ECF No. 34), Defendant Emily Blumenstein's Motion to Dismiss (ECF No. 35), Plaintiff Bridget Powell's Opposition to Defendant Emily Blumenstein's Motion to Dismiss (ECF No. 37), Plaintiff Bridget Powell's Opposition to Defendant Sannah Crawford's Motion to Dismiss (ECF No. 39), Defendant Emily Blumenstein's Reply in Support of Motion to Dismiss (ECF No. 40), and Plaintiff Bridget Powell's Surreply in Opposition to Defendant Emily Blumenstein's Motion to Dismiss (ECF No. 43), it is hereby **ORDERED** that:

1. The Motion to Dismiss filed by Defendant Kimberly Ali, Defendant Cynthia Figueroa, and the City of Philadelphia (ECF No. 28) is **GRANTED.**

2. Defendant Sannah Crawford's Motion to Dismiss (ECF No. 34) is **GRANTED.**

3. Defendant Emily Blumenstein's Motion to Dismiss (ECF No. 35) is **GRANTED.**

4. The above-captioned action is **DISMISSED WITH PREJUDICE** as to Defendants Kimberly Ali, Cynthia Figueroa, Sannah Crawford, Emily Blumenstein, the City of

2

Philadelphia, Ceolia Warren Bentley, and the Defender Association of Philadelphia. The Clerk of Court is **DIRECTED** to close this case.

**BY THE COURT:**

/s/ Chad F. Kenney

**CHAD F. KENNEY, JUDGE**