# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIDGET POWELL,** | : | **CIVIL ACTION** |
| *Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA, ET AL.,** | : | |
| *Defendants*. | : | **NO.  24-cv-817** |

## ORDER

**AND NOW**, this **10th** day of **July 2025**, upon consideration of the docket, Plaintiff's Motion for Certification of Final Judgment Pursuant to Federal Rule of Civil Procedure 54(b) (ECF No. 59), the response (ECF No. 62), and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Plaintiff's Motion for Certification (ECF No. 59) is **DENIED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**